# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | :        3:15-CR-87 |
| v. | :        (JUDGE MANNION) |
| **ROBERTO SANCHEZ,** | : |
| **Defendant** | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Defendant Sanchez's motion to suppress physical evidence and statements, (Doc. 53), pursuant to Fed.R.Crim.P. 12(b), is **DENIED IN ITS ENTIRETY.**[1]

 

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 24, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-87-01-ORDER.wpd

---

[1] By separate order, the court will schedule the final pre-trial conference in this case and set a trial date.